FILED
June 15, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SAJ
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:22-CR-00304-XR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>SEAN AARON SMITH<br><br>Defendant | **INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 922(g)(1)<br>Felon in Possession of a Firearm<br><br>COUNT 2: 18 U.S.C. § 922(g)(1)<br>Felon in Possession of a Firearm |

**THE GRAND JURY CHARGES:**

COUNT ONE
[18 U.S.C. §922(g)(1)]

That on or about May 13, 2022, in the Western District of Texas, Defendant

**SEAN AARON SMITH,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: polymer80, Inc. PFC9; serial number CA15357; and said firearm had been shipped and transported in interstate and foreign commerce in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO
[18 U.S.C. § 922(g)(1)]

That on or about May 15, 2022, in the Western District of Texas, Defendant

**SEAN AARON SMITH,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: Sig Sauer pistol, serial number

66B430849, and an AK-47 GP/WASR-10/63, serial number 1968B11180; and said firearms had each been shipped and transported in interstate and foreign commerce in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

#### I.
#### Firearm Violations and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violations set forth in Counts One and Two, the United States gives notice to Defendant **SEAN AARON SMITH** of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . .shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes but is not limited to the following:

1. polymer80, Inc. PFC9; serial number CA15357
2. Sig Sauer pistol, serial number 66B430849;
3. AK-47 GP/WASR-10/63, serial number 1968B11180; and

4. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL

███████████████

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR MARK ROOMBERG
Assistant United States Attorney

_____
FOR MATTHEW W. KINSKEY
Assistant United States Attorney