

**J3 COMPANY, LLC**
P.O. BOX 129 - 6600 HWY 27
COMFORT, TX 78013
Ofc: (830) 995-5100   Fax: (830) 995-5199

January 31, 2024

Clerk of the Court
262 West Nueva Street
Room 1-400
San Antonio, TX 78207

RE:   United States of America V. Sean Arron Smith,
      Criminal No. SA-22-CR-00304-XR

Clerk of the Court:

In regard to the above referenced Criminal case, please accept this letter as my claim to recover my stolen Sig Sauer pistol, Serial Number 66B430849 in accordance with the Direct Notice of Preliminary Order of Forfeiture received January 26, 2024. I have attached a copy of the following:

- Direct Notice of Preliminary Order of Forfeiture & Preliminary Order of Forfeiture filed September 14, 2023;
- City of San Antonio Police Dept. Weapon Release Form;
- Copy of SAPD Detective card; and
- SAPD Information card.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

**J3 COMPANY, LLC**

Hugh R. Jons, Jr., Vice President

HRJ/lb
w/Encl.
cc:  Assistant United States Attorney
     Antonio Franco, Jr.
     601 N.W. Loop 410, Suite 600
     San Antonio, TX 78216

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) **CRIMINAL NO. SA-22-CR-00304-XR** |
| | ) |
| **SEAN AARON SMITH,** | ) |
| | ) |
| **Defendant.** | ) |

## DIRECT NOTICE OF PRELIMINARY ORDER OF FORFEITURE

Notice is hereby given that in the case of *U.S. v. SEAN AARON SMITH* Criminal No. SA-22-CR-00304-XR, the United States District Court for the Western District of Texas entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

1. Polymer80, Inc. PFC9; serial number CA15357;
2. Sig Sauer pistol, serial number 66B430849;
3. AK-47 GP/WASR-10/63, serial number 1968B11180; and
4. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States must file a petition within 30 days of the final publication of notice or his receipt of notice, whichever is earlier pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21 U.S.C. § 853(n)(1)-(3).   The petition must be filed with the Clerk of the Court, 262 West Nueva Street, Room 1-400, San Antonio, Texas 78207, and a copy served upon Assistant United States Attorney Antonio Franco, Jr., 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

The petition must comply with the requirements of Title 21 U.S.C. § 853(n).

If you fail to file a petition to assert your interest in the above-described property within the time prescribed above, your interest in this property will be lost and forfeited to the United States, which will then have clear title to the property and will dispose of the property in accordance with the law.

**Appendix A**

**FILED**

September 14, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**SAF**_____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) **CRIMINAL NO. SA-22-CR-00304-XR** |
| | ) |
| **SEAN AARON SMITH,** | ) |
| | ) |
| **Defendant.** | ) |

**PRELIMINARY ORDER OF FORFEITURE**

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. § 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2) and (c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the property described below and the violation of Title 18 U.S.C. § 922(g)(1) by virtue of the Defendant's guilty plea with the factual basis filed with the Court, and that the Defendant has an interest in said property. As such, said Motion is meritorious, and hereby is in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of the Defendant in certain property, namely:

1. Polymer80, Inc. PFC9; serial number CA15357;
2. Sig Sauer pistol, serial number 66B430849;
3. AK-47 GP/WASR-10/63, serial number 1968B11180; and
4. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Personal Property be, and hereby is FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States

through its lawfully designated agents and agencies, including the Federal Bureau of Investigation and/or the United States Marshals Service, shall seize, take custody, control, and possession of the Subject Personal Property whether held by the Defendant or a third party; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Personal Property in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Personal Property; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Personal Property the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Fed. R. Civ. P. 45; and IT IS FURTHER

ORDERED that at the time of the sentencing of the Defendant the forfeiture of the Subject Personal Property shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this ___14th___ day of ___September___, 2023.

XAVIER RODRIGUEZ
United States District Judge

ORIGIN ID:SATA    (210) 384-7100
SALLY DIAZ
DEPT OF JUSTICE/EOUSA
601 N.W. LOOP 410

SAN ANTONIO, TX 78216
UNITED STATES US

SHIP DATE: 23JAN24
ACTWGT: 1.00 LB
CAD: 100066086/INET4535

BILL SENDER

TO **HUGH RITMAN JONS JR.**

**555 KERR**

**FREDRICKSBURG TX 78624**
(210) 384-7040    REF: SMITH
INV:
PO: USA/SS/TXW1/SANA    DEPT:




FedEx Express

**E**

FRI - 26 JAN 8:00P
EXPRESS SAVER
RES

TRK# 0201  **7749 0645 5089**

78624
TX-US SAT

# SP EVAA



# City of San Antonio Police Department
## Weapon Release Form



It is the San Antonio Police Department policy to conduct a thorough background check before releasing a weapon to anyone. Please complete this form in its entirety, an incomplete form will be returned for completion and will delay the process.

Complete form and email copy to: SAPDWeaponRelease@sanantonio.gov

<u>Released Type</u>

Recoverd Stolen Property Return ▾

<u>Requestor Information</u>

Name: Hugh R. Jons, Jr.

Dob: 01/22/1975          Race: White          ▾ Sex: Male          ▾

Address:  PO Box 129 Comfort, TX 78013

Contact Phone Number: (210) 912-8989

Email Address:  hugh@j3co.com

DL/ID State & Number:  TX 15079845


<u>Case Information</u>

SAPD Case Number: SAPD 22103136


<u>Weapon Information</u>

Make:  SIG SAUER

Model:  P365 SAS

Caliber:  9 mm

Serial Number:  66B430849



**San Antonio Police Department**

**Detective W. Dains**
Badge #2063

Prue Patrol Substation
5020 Prue Road
San Antonio, TX
(210) 207-7425

CASE # _____

